**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7353**

BERNARD HOLLOMOND,

Plaintiff - Appellant,

v.

SHANNON HADEED; TIMOTHY S. WRIGHT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:22-cv-00387-HEH-MRC)

Submitted:  February 16, 2023                    Decided:  February 22, 2023

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bernard Hollomond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Hollomond appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Hollomond v. Hadeed*, No. 3:22-cv-00387-HEH-MRC (E.D. Va. Nov. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*